AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Shannon Jernigan
           Plaintiff
v.

Home Depot U.S.A., Inc.,
           Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:04-cv-30210-MAP

TO: (Name and address of defendant)

Home Depot U.S.A., Inc.
2455 Paces Ferry Road
Atlanta, GA

c/o CT Corporation System
101 Federal Street
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael O. Shea, Esquire
451 Main Street
Wilbraham, MA 01095

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

January 11, 2005

CLERK                                     DATE

Mary Finn

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

_____
Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

January 19, 2005
I hereby certify and return that on 1/14/2005 at 2:10PM I served a true and attested copy of the Summons, Complaint and Statement of Damages, and Jury Demand in this action in the following manner: To wit, by delivering in hand to A.Liberto,Process Clerk & agent in charge at time of service, for Home Depot U.S.A., Inc., at , C/o CT Corporation Sytems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges/$42.00

                                                    _____
                                                    Deputy Sheriff

Deputy Sheriff   John Cotter