UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON JERNIGAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | Civil Action No. 04-30210 MAP |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HOME DEPOT U.S.A., INC.

Defendant Home Depot U.S.A., Inc. ("Home Depot"), pursuant to Rule 7.1(a), Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

1.　　The ultimate parent company of Home Depot U.S.A., Inc. is The Home Depot, Inc., a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

1

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109

_____
Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)

Date: February ___, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on counsel for Plaintiff, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by first-class, U.S. mail, on this ___ day of February 2005.

_____