✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

SHANNON JERNIGAN

**NOTICE**

V.

HOME DEPOT USA, INC.                    CASE NUMBER:   04-30210-MAP

TYPE OF CASE:

☒  **CIVIL**              **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

| TYPE OF PROCEEDING |
|--------------------|
| SCHEDULING CONFERENCE |

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|-------|-----------------------------------|----------------------------|
| Courtroom Three | **3/15/05 at 10:00 a.m.** | **March 15, 2005 at 12:00 p.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 9, 2005                                   /s/ *Bethaney A. Healy*

DATE                                            (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD