UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHANNON JERNIGAN,              )
        Plaintiff     )
                               )
v.                             )   Civil Action No. 04-30210-MAP
                               )
                               )
HOME DEPOT U.S.A., INC.,       )
        Defendant     )

SCHEDULING ORDER
March 16, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on March 15, 2005:

1. All non-expert discovery shall be completed by August 19, 2005.

2. Counsel shall appear for a case management conference on August 30, 2005, at 3:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge