UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHANNON JERNIGAN,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

Civil Action No. 04-30210 MAP

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc. (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendant will be prepared to respond to whether it will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Respectfully submitted,

HOME DEPOT U.S.A., INC.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024

*[signature]*
Rayna H. Jones, Esq.
Corporate Counsel
Employment and Labor Law


And by its attorneys,


MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666
*[signature]*
Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Tracy Thomas Boland, Esq. (BBO# 638878)

Date: March 15, 2005


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served on counsel for Plaintiff, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by ~~first-class, U.S. mail~~ HAND, on this 15 day of March 2005.

*[signature]*

2