UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHANNON JERNIGAN,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

Civil Action No. 04-30210 MAP

## NOTICE OF APPEARANCE

Please enter the appearance of Tracy Thomas Boland as attorney for the defendant Home Depot U.S.A., Inc., along with Robert P. Joy and Joseph P. McConnell, in this matter.

Respectfully submitted,
HOME DEPOT, U.S.A., INC.

By Its Attorneys,

Robert P. Joy, Jr. (BBO No. 254820)
Joseph P. McConnell (BBO No. 566412)
Tracy Thomas Boland (BBO No. 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109

Date: March 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on counsel for Plaintiff, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by first-class, U.S. mail, on this 16th day of March 2005.