UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON JERNIGAN,<br><br>     Plaintiff<br><br>v.<br><br>HOME DEPOT, U.S.A., INC.,<br><br>     Defendant | Civil Action No. 04-30210-MAP |

## STIPULATION OF EXTENSION OF TIME

The undersigned hereby stipulate and agree that Plaintiff Shannon Jernigan's time to respond to Defendant's First Request for Production of Documents and Defendant's First Set of Interrogatories served upon her by Defendant, Home Depot, U.S.A., Inc., is hereby extended up to and including June 1, 2005.

| The Plaintiff<br>SHANNON JERNIGAN<br>By Her Attorney, | The Defendant<br>HOME DEPOT, U.S.A., INC.<br>By Its Attorneys,<br><br>MORGAN, BROWN & JOY, LLP |
|---|---|
| /s/ Michael O. Shea, Esq.<br>Michael O. Shea, (BBO #555474)<br>Law Office Of Michael O. Shea<br>451 Main Street<br>Wilbraham, MA 01095<br>Tel. (413) 596-8005<br>Fax. (413) 596-8095 | /s/ Tracy Thomas Boland, Esq.<br>Tracy Thomas Boland, (BBO #638878)<br>200 State Street<br>Boston, MA 02109<br>Tel. (617) 523-6666<br>Fax. (617) 367-3125 |

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2005, I caused the foregoing document to be served by mailing a copy of the same via first class, postage prepaid to Tracy Thomas Boland, Morgan, Brown & Joy, LLP, 200 State Street, Boston, Massachusetts, 02109.

/s/ Michael O. Shea