UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON JERNIGAN,<br><br>    **Plaintiff,**<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    **Defendant.** | Civil Action No.  04-30210 MAP |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Shannon Jernigan ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby jointly request that the deadlines in the Scheduling Order issued by this Court on March 16, 2005 be enlarged by forty-five (45) days.  To date, the parties have exchanged written discovery and have conducted the first day of Plaintiff's deposition.  As grounds for their Motion, the parties state that Plaintiff intends to conduct depositions of up to five of Defendant's employees.  The parties also are in the process of scheduling a second day of deposition of Plaintiff.  Given the number of depositions to be conducted, and in light of summer vacation schedules, the parties need additional time to schedule these depositions.

Specifically, the parties request that the Scheduling Order deadlines be enlarged in the following manner:

(1)    The deadline for all non-expert discovery shall be enlarged from August 19, 2005 to October 3, 2005.

(2)    The case management conference set for August 30, 2005 at 3:00 p.m. shall be rescheduled for a date after October 3, 2005 that is convenient for the Court.

2

WHEREFORE, the parties respectfully request that the Court enlarge the deadlines in the Scheduling Order in accordance with the aforementioned agreed upon proposal.

| SHANNON JERNIGAN, | HOME DEPOT U.S.A., INC. |
|---|---|
| By her attorney, | By their attorneys, |
| s/s Michael O. Shea | /s/ Tracy Thomas Boland |
| Michael O. Shea (BBO# 555474) | Robert P. Joy (BBO# 254820) |
| Law Office of Michael O. Shea | Joseph P. McConnell (BBO# 566412) |
| 451 Main Street | Tracy Thomas Boland (BBO# 638878) |
| Wilbraham, MA 01095 | Morgan, Brown & Joy, LLP |
| 416 596-8005 | 200 State Street |
|  | Boston, MA 02109 |
|  | 617 523-6666 |

Dated: July 13, 2005