UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHANNON JERNIGAN,

    Plaintiff

v.

HOME DEPOT, U.S.A., INC.,

    Defendant

Civil Action No. 04-30210-MAP

## STIPULATION OF DISMISSAL

The Parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P.41(a)(1), hereby stipulate that said action be dismissed as to all claims against the Defendants with prejudice and without interest or costs, and waiving all rights of appeal.

Respectfully submitted,

| SHANNON JERNIGAN | HOME DEPOT, U.S.A., INC. |
|---|---|
| By: /s/ Michael O. Shea<br>Michael O. Shea, Esquire<br>Counsel for Plaintiff<br>Law Office of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA 01095<br>Telephone: (413) 596-8005<br>Facsimile: (413) 596-8095<br>BBO# 555474 | By: /s/ Tracy Thomas Boland<br>Tracy Thomas Boland, Esquire<br>Counsel for Defendant<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>Telephone: (617) 523-6666<br>Facsimile: (617) 367-3125<br>BBO# 638878 |

Dated: September 13, 2005